UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JACQUELINE BARFIELD, )
    Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 4:15-CV-135-F**
)
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
    Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that upon careful review of the M&R and of the record generally, and having found no clear error, the court hereby ADOPTS the recommendation of the Magistrate Judge. It is therefore ORDERED that Plaintiffs Motion for Judgment on the Pleadings [DE-23] is ALLOWED, Defendant's Motion for Judgment on the Pleadings [DE- 25] is DENIED, and the case is remanded for further proceedings.

**This Judgment Filed and Entered on September 8, 2016, and Copies To:**

Joseph P. Tunstall, III (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

DATE                                             JULIE A. RICHARDS, CLERK

September 8, 2016

                                                      (By) Susan K. Edwards, Deputy Clerk