IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:15-cv-00135-F

| | |
|---|---|
| JACQUELINE BARFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR |
| v. ) | PAYMENT OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| CAROLYN W. COLVIN, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $2,782.18 in attorney's fees and $350.00 in costs in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to:

> Joseph P. Tunstall, III
> O'Malley Tunstall, PLLC.
> P.O. Box 1158
> Tarboro, NC 27886

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, O'Malley Tunstall, PLLC., and mailed to the office address above in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED this 13 day of October, 2016.

*James C. Fox*
James C. Fox
Senior U.S. District Judge